No. 26-10394

In the
United States Court of Appeals
for the Fifth Circuit

◆

X CORP.,

*Plaintiff-Appellant / Cross-Appellee,*

V.

WORLD FEDERATION OF ADVERTISERS,

*Defendant-Appellee / Cross-Appellant,*

MARS, INCORPORATED; CVS HEALTH CORPORATION; NESTLE SA; NESTLE USA, INCORPORATED; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INCORPORATED; PINTEREST, INCORPORATED; TYSON FOODS, INCORPORATED; SHELL USA, INCORPORATED; SHELL BRANDS INTERNATIONAL AG; ORSTED SERVICES A/S

*Defendants-Appellees.*

◆

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellant/Cross-Appellee X Corp. and Appellee/Cross-Appellant World Federation of Advertisers stipulate and agree that their respective appeal and cross-appeal should be dismissed as to these two parties only.

In support of this stipulation, the parties further state:

1

1.    X Corp. and World Federation of Advertisers have entered a final settlement agreement resolving their claims against one another, so there is no longer a live controversy between the parties.

2.    This stipulation of dismissal applies only to (i) the appeal by X Corp. as to World Federation of Advertisers and (ii) the cross-appeal by World Federation of Advertisers. X Corp. does not dismiss its appeal as to any other party, and nothing in this stipulation shall be construed as a dismissal or relinquishment of any claims by X Corp. as to any other party to this appeal.

3.    There are no unpaid court fees owed by either of the parties to this stipulation.

4.    Each party shall bear its own costs incurred in this appeal.

So agreed and stipulated:

s/ Paul D. Clement
Paul D. Clement
    Counsel of Record
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

*Counsel for Plaintiff-Appellant/*
*Cross-Appellee X Corp.*

s/ David C. Miller

David C. Miller
dmiller@bradley.com
E. Sawyer Neely
sneely@bradley.com
BRADLEY ARANT BOULT
CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, TX 75202
Phone: (214) 257-9800

Michael J. Bentley
mbentley@bradley.com
BRADLEY ARANT BOULT
CUMMINGS LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601) 948-8000

*Counsel for Defendant-Appellee/
Cross-Appellant World Federation
of Advertisers*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, I filed the foregoing with the Clerk of the Court via CM/ECF, which will deliver electronic copies to all counsel of record in this appeal.

Respectfully submitted,

s/ Paul D. Clement

Paul D. Clement
*Counsel for Plaintiff-Appellant/Cross-Appellee X Corp.*