No. 26-10394

# United States Court of Appeals for the Fifth Circuit

X CORP.,
*Plaintiff-Appellant*,

v.

MARS, INCORPORATED; CVS HEALTH CORPORATION; NESTLE SA; NESTLE USA, INCORPORATED; ABBOTT LABORATORIES; COLGATE-PALMOLIVE COMPANY; LEGO A/S; LEGO BRAND RETAIL, INCORPORATED; PINTEREST, INCORPORATED; TYSON FOODS, INCORPORATED; SHELL USA, INCORPORATED; SHELL BRANDS INTERNATIONAL AG; ORSTED SERVICES A/S,
*Defendants-Appellees*.

On Appeal from the United States District Court for the Northern District of Texas, Wichita Falls Division
Case No. 7:24-cv-114

## APPELLEES SHELL BRANDS INTERNATIONAL AG; SHELL USA, INCORPORATED; LEGO A/S; AND LEGO BRAND RETAIL, INCORPORATED'S UNOPPOSED JOINT MOTION FOR LEAVE TO FILE SEPARATE BRIEFS

Layne E. Kruse
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
carlos.rainer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Anne M. Johnson
anne.johnson@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Rebecca A. Gonzalez-Rivas
becky.rivas@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

***Attorneys for Appellees Shell USA, Incorporated and Shell Brands International AG***
(*Counsel for LEGO Brand Retail, Incorporated and LEGO A/S on signature pages*)

Appellees Shell USA, Inc. ("Shell USA"); Shell Brands International AG ("SBI"); LEGO Brand Retail, Inc. ("LEGO Brand Retail"); and LEGO A/S respectfully move this Court for leave to file separate briefs in this appeal and to accept the briefs – ECF Nos. 183, 186 & 187 – as they were filed on November 3, 2026. ***Appellant X Corp. does not oppose this relief.*** In support of this Motion, Appellees respectfully show as follows:

**I.**

Shell USA and SBI are two distinct corporate entities. Attorney Layne Kruse represents both SBI and Shell USA. Shell USA joined a joint appellees' brief together with various other defendants dismissed on the merits under Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 183. SBI filed a separate Brief of Appellee on November 3, 2026 seeking affirmance of its dismissal on jurisdictional grounds under Federal Rule of Civil Procedure 12(b)(2). *See* ECF No. 186.

LEGO Brand Retail is a subsidiary of LEGO A/S. Attorney Chahira Solh represents both LEGO entities. While LEGO Brand Retail joined Shell USA and other defendants in a joint appellee brief seeking affirmance of its Rule 12(b)(6) dismissal, *see* ECF No. 183, LEGO A/S filed a separate brief to argue that the district court properly denied Plaintiff X Corp.'s request for jurisdictional discovery over it, ECF No. 187.

**II.**

On November 6, 2026, the Court issued deficiency notices stating that the Court does not allow the filing of separate briefs and ordered Appellees to file sufficient briefs by November 20, 2026. *See* ECF Nos. 183-2; 186-2 (Shell entities); ECF Nos. 183-2; 187-2 (LEGO entities). The Court's notice to the parties stated "We have an appearance form on file for attorney Layne Kruse representing both Shell parties. We also have an appearance form on file for attorney Chahira Solh representing both Lego parties." ECF No. 183-2. The Court instructed that "Separate briefs are not allowed without leave of court[.]" ECF No. 183-2.

**III.**

Appellees respectfully submit that good cause exists to grant leave to file separate briefs on behalf of Shell USA and SBI, and LEGO Brand Retail and LEGO A/S, under the same counsel, i.e., for the Court to accept the briefs – ECF Nos. 183, 186 & 187 – as they were filed on November 3, 2026.

***First***, the two sets of appellees are separate corporate entities responding to different arguments. Plaintiff X Corp. raised different issues against the domestic and foreign entities on appeal. *See* ECF No. 120 at 4 (presenting two different issues in the appeal, the first addressing the merits as to domestic entities and the second addressing jurisdiction over the foreign entities). Shell USA and LEGO Brand Retail

(both domestic entities) joined the Brief of Appellee with the other defendants dismissed on the merits under Rule 12(b)(6). *See* ECF No. 183. SBI and LEGO A/S (both foreign entities) filed separate briefs addressing jurisdiction-related issues. *See* ECF No. 186 (SBI); ECF No. 187 (LEGO A/S). SBI's separate brief responds to a distinct section of X's opening brief arguing that the district court erred in holding that it lacked personal jurisdiction over SBI. *See* ECF No. 120 at 48–56 (X arguing for personal jurisdiction over SBI and jurisdictional discovery). LEGO A/S's separate brief responds to a distinct section of X's opening brief arguing that the district court erred in denying X's request for jurisdictional discovery. *See* ECF No. 120 at 53–56 (X arguing that the district court erred in denying jurisdictional discovery). Neither LEGO A/S nor SBI joined the joint merits-related brief, ECF No. 183, which did not apply to those entities given the district court's finding that it did not have jurisdiction over SBI or LEGO A/S. *See* ROA.2395-450.[1] The arguments of these distinct defendants do not overlap.

***Second***, allowing separate briefs on appeal is consistent with how the case was handled below, where briefing proceeded separately in the district court. Separate briefing allowed the different defendants to advance different arguments,

[1] SBI requested in the alternative that, in the event this Court determines personal jurisdiction over SBI exists in the underlying lawsuit, that dismissal of all parties (including SBI) should be affirmed for the reasons set forth in the merits brief on the antitrust claims. *See* ECF No. 186 at 36–37.

and the jurisdictional defendants (SBI and LEGO A/S) were dismissed on different grounds than the U.S.-based defendants.

***Third***, accepting the briefs as filed will simplify the logistics for both the parties and the Court. Allowing the original briefs will keep the same briefing deadlines in place and avoid confusion around which version of the brief controls. Further, Appellant X Corp. does not oppose this Motion.

WHEREFORE, Appellees respectfully request that the Court enter an order granting Appellees' Unopposed Joint Motion for Leave to File Separate Briefs.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Layne E. Kruse*
Layne E. Kruse
layne.kruse@nortonrosefulbright.com
Carlos R. Rainer
carlos.rainer@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Anne M. Johnson
anne.johnson@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Rebecca A. Gonzalez-Rivas
becky.rivas@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

*Counsel for Defendant-Appellees Shell Brands International AG and Shell USA, Inc.*

*/s/ Chahira Solh*
Chahira Solh
csolh@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 798-1367

Sima Namiri-Kalantari
snamiri@crowell.com
**CROWELL & MORING LLP**
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 443-5564

Ashley McMahon
amcmahon@crowell.com
**CROWELL & MORING LLP**
600 Fifth Street NW
Washington, DC 20001
Telephone: (202) 508-8924

Minoo Blaesche
mblaesche@jw.com
**JACKSON WALKER LLP**
Texas Bar No. 24075102
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-6051

*Counsel for Defendant-Appellees*
*LEGO Brand Retail, Inc. and LEGO A/S*

## CERTIFICATE OF CONFERENCE

I certify that, on November 12 and 13, 2026, I conferred with Appellant's counsel, James Xi and Chad Harper, who stated that Appellant does not oppose the relief requested.

*/s/ Anne M. Johnson*
Anne M. Johnson

## CERTIFICATE OF SERVICE

I certify that on November 13, 2026, I served the foregoing motion on all counsel of record using the Court's electronic case filing system. All counsel of record are registered ECF filers.

*/s/ Layne E. Kruse*
Layne E. Kruse