# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10394 X Corp v. Mars
USDC No. 7:24-CV-114

The court has granted the motion to file separate briefs in this appeal for the appellees: Shell Brands International AG, Shell USA, Incorporated, Lego A/S and Lego Brand Retail, Incorporated.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

Mr. Jeffrey Bank
Mr. Lars Lee Berg
Mrs. Minoo Sobhani Blaesche
Ms. Kimberly Broecker
Mr. William Francis Cavanaugh Jr.
Mr. Alexander James Cave
Mr. Paul D. Clement
Mr. Gregg Costa
Mr. Abram J. Ellis
Mr. Russell Harris Falconer
Mr. Donald Falk
Mr. Christopher Jason Fenton
Mr. David O. Fisher
Mr. Nicholas G. Gamse
Ms. Samantha Garza
Ms. Rebecca Gonzalez-Rivas
Ms. Avia Gridi
Mr. Andrew Michael Grossman
Ms. Katherine Hancock
Mr. Chadwick James Harper
Ms. Christine Rua Harper
Mr. Michael A. Heidler
Mr. Adam L. Hudes
Mr. Michael Kevin Hurst
Mr. Scott Hvidt
Ms. Katharine Mary Janes
Ms. Anne McGowan Johnson
Mr. M. Brett Johnson
Ms. Margaret E. Krawiec
Mr. Layne E. Kruse

Mr. Michael A. Lanci
Ms. Karen M. Lent
Mr. Thomas F. Loose
Ms. Christina Luk
Mrs. Ashley Lydia McMahon
Mr. Stephen M. Medlock
Mr. Steven Jeffrey Mintz
Ms. Karen S. Mitchell
Ms. Sima Namiri-Kalantari
Mr. Arjun Pushkar Ogale
Ms. Taylor Mayly Owings
Mr. Jonathan Bradley Pitt
Mr. Oral Pottinger
Mr. Jason Michael Powers
Mr. Carlos R. Rainer
Ms. Noelle M. Reed
Mr. Traelon Rodgers
Mr. Fred A. Rowley Jr.
Ms. Chahira Solh
Mr. John Clay Sullivan
Mr. John Francis Terzaken III
Mr. Philip Avery Vickers
Mr. Bradley C. Weber
Mr. Eric A. White
Ms. Holly J. Wilson
Mr. James Xi
Mr. Carmine R. Zarlenga
Ms. Lauren Willard Zehmer